# United States Bankruptcy Court

Eastern District of New York
290 Federal Plaza, P.O. Box #9013
Central Islip, NY 11722−9013

---

| | |
|---|---|
| IN RE: | CASE NO: 8−09−78590−ast |
| Global Prosperity LLC | |
| Social Security/Individual Taxpayer ID/Taxpayer ID/Employer ID No.: | CHAPTER: 11 |
| 00−0000000 | |
| DEBTOR(s) | |

---

## NOTICE OF DEFECTIVE CLAIM

**Your Claim No. 23 entered on the above−captioned case is defective and cannot be processed for the reason(s) checked below:**

- ☐ Claim entered on wrong case: re−file claim on correct case
- ☐ Incorrect Attachment: re−file claim
- ☑ Unsigned: re−file claim
- ☐ Unacceptable Signature: re−file claim (See ECF General Order)
- ☐ Other(specify):

Dated: March 19, 2010

For the Court, Robert A. Gavin, Jr., Clerk of Court

**BLntcdefclm.jsp** [Notice of Defective Claim rev. 12/08/06]